UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA KINCADE, <br><br> Plaintiff, <br> v. <br><br> MERCK & COMPANY, INC., a corporation; MCKESSON CORPORATION, a corporation; DOES 1 to 50, inclusive, <br><br> Defendants. | Case No. 06cv2042-H (BLM) <br><br> **ORDER FINDING EARLY NEUTRAL EVALUATION CONFERENCE INAPPROPRIATE AND SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 16.1(c), which provides that the "judicial officer shall hold [] conferences as he or she deems appropriate," the Court finds this case inappropriate for an Early Neutral Evaluation Conference due to Defendant Merck & Company, Inc.'s intention to seek transfer of this case to the Judicial Panel on Multidistrict Litigation.  Doc. No. 1.

Good cause appearing, a <u>telephonic</u>, <u>attorneys-only</u> Case Management Conference shall be held before Magistrate Judge Barbara L. Major on **October 26, 2006** at **2:30 p.m.**  Counsel for each party shall appear telephonically at this conference.

///

Dockets.Justia.com

1  The Court will initiate the conference call.  Failure of required
2  counsel to participate may result in monetary sanctions.
3  **IT IS SO ORDERED.**
4  DATED: September 25, 2006

*[signature: Barbara L. Major]*

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

ALL COUNSEL