| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANITA KINCADE, | ) | Case No. 06cv2042-H (BLM) |
| | ) | |
| Plaintiff, | ) | **ORDER FINDING EARLY NEUTRAL** |
| v. | ) | **EVALUATION CONFERENCE** |
| | ) | **INAPPROPRIATE AND SETTING** |
| MERCK & COMPANY, INC., a | ) | **TELEPHONIC CASE MANAGEMENT** |
| corporation; MCKESSON | ) | **CONFERENCE** |
| CORPORATION, a corporation; | ) | |
| DOES 1 to 50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Civil Local Rule 16.1(c), which provides that the "judicial officer shall hold [] conferences as he or she deems appropriate," the Court finds this case inappropriate for an Early Neutral Evaluation Conference due to Defendant Merck & Company, Inc.'s intention to seek transfer of this case to the Judicial Panel on Multidistrict Litigation.  Doc. No. 1.

Good cause appearing, a <u>telephonic</u>, <u>attorneys-only</u> Case Management Conference shall be held before Magistrate Judge Barbara L. Major on **<u>October 26, 2006</u>** at **<u>2:30 p.m.</u>**  Counsel for each party shall appear telephonically at this conference.

///

1  The Court will initiate the conference call.  Failure of required
2  counsel to participate may result in monetary sanctions.
3  **IT IS SO ORDERED.**
4  DATED:  September 25, 2006

6  BARBARA L. MAJOR
   United States Magistrate Judge

8  COPY TO:

10 HONORABLE MARILYN L. HUFF
   UNITED STATES DISTRICT JUDGE

   ALL COUNSEL