UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA KINCADE, | ) Case No. 06cv2042-H (BLM) |
| Plaintiff, | ) **ORDER VACATING TELEPHONIC CASE** |
| v. | ) **MANAGEMENT CONFERENCE** |
| MERCK & COMPANY, INC., a corporation; MCKESSON CORPORATION, a corporation; DOES 1 to 50, inclusive, | ) |
| Defendants. | ) |

On the Court's own motion, the telephonic Case Management Conference currently scheduled for **October 26, 2006** at **2:30 p.m.** is hereby vacated.

**IT IS SO ORDERED.**

DATED: September 29, 2006

*[signature]*

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

ALL COUNSEL