FILED

06 OCT 27 PM 3: 22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA KINCADE,<br><br>                 Plaintiff,<br>vs.<br><br>MERCK & COMPANY, INCORPORATED (a/k/a MERCK & CO., INC.), et al.,<br><br>                 Defendant. | CASE NO. 06-CV-2042-H-BLM<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STAY** |

Defendants removed this action on September 21, 2006. (Doc. No. 1.) On October 25, 2006, Defendant Merck & Company, Inc. filed a motion to stay proceedings pending a decision on transfer by the Judicial Panel on Multidistrict Litigation. (Doc. No. 9.) Plaintiff shall respond to Defendant's motion on or before **November 13, 2006**, and Defendant shall file any reply on or before **November 20, 2006**. The Court will either submit the motion on the papers pursuant to its discretion under Civil Local Rule 7.1(d)(1), transfer the case pursuant to an order from the Judicial Panel on Multidistrict Litigation, or set a hearing date after receiving the response and reply.

IT IS SO ORDERED

Dated: 10/26/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

- 1 -

06cv2042

Copies to:

Robert F. Clarke
Philips & Associates
3030 North Third Street, Suite 1100
Phoenix, AZ 85012

Erik T. Atkisson
Reed Smith
2 Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

Michael K. Brown
Reed Smith
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Kanika D. Corley
Morris Polich and Purdy
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017-2550